FILED stamp
FILED
March 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D55
FILED
March 12, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D55

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title:** Nancy Louise Brown | **Case No:** 10-20002 - E - 13L<br>**Date:** 3/9/10<br>**Time:** 01:00 |

**Matter:** [23] - Motion/Application for Relief from Stay [BRL-1] Filed by Creditor Jacob Barr (Fee Paid $150) (smis)
[23] - Motion/Application for Adequate Protection [BRL-1] Filed by Creditor Jacob Barr (smis)

**Judge:** Ronald H. Sargis
**Courtroom Deputy:** Janet Larson
**Reporter:** Diamond Reporters
**Department:** E

**APPEARANCES for:**
**Movant(s):**
(by phone) Creditor's Attorney - Benjamin Levinson
**Respondent(s):**
(by phone) Debtor(s) Attorney - Clark D. Nicholas
Neil Enmark (for the Trustee)

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

The Motion for Relief from the Automatic Stay filed by Jacob Barr having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the automatic stay provisions of 11 U.S.C. §362(a) are immediately vacated to allow Jacob Barr, its agents, representatives, and successors, and trustee under the trust deed, and any other beneficiary or trustee, and their respective agents and successors under any trust deed which is recorded against the property to secure an obligation to exercise any and all rights arising under the promissory note, trust deed, and applicable non-bankruptcy law to conduct a non-judicial foreclosure sale and for the purchaser at any such sale obtain possession of the real property commonly known as 1007 McCloud Avenue, Mt. Shasta, California.

No other or additional relief is granted.

Dated: March 12, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court