FILED
March 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D57

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER
### AMENDED

---

| | | | |
|---|---|---|---|
| **Case Title :** | Nancy Louise Brown | **Case No :** | 10-20002 - E - 13L |
| | | **Date :** | 2/9/10 |
| | | **Time :** | 01:00 |

**Matter :** [23] - Motion/Application for Relief from Stay [BRL-1] Filed by Creditor Jacob Barr (Fee Paid $150) (smis)
[23] - Motion/Application for Adequate Protection [BRL-1] Filed by Creditor Jacob Barr (smis)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

---

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Creditor's Attorney - Benjamin Levinson
**Respondent(s) :**
(by phone)   Debtor(s) Attorney - Clark D. Nicholas
             Neil Enmark (for the Trustee)

---

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the automatic stay is vacated to allow Jacob Barr, Trustee of the JPSL Barr, Inc. Profit Sharing Retirement Trust, and its agents, representatives and successors, and all other creditors having lien rights against the property, to conduct a non-judicial foreclosure sale pursuant to applicable non-bankruptcy law and their contractual rights, and for any purchaser, or successor to a purchaser, at the non-judicial foreclosure sale to obtain possession of the property commonly known as 1007 McCloud Avenue, Mt. Shasta, California.

IT IS FURTHER ORDERED that because the order terminating the stay is being entered now with the termination of the stay effective April 30, 2010, there is no basis to waive the 14-day stay of enforcement required under Federal Rule of Bankruptcy Procedure 4001(a)(3) since that time period will have long expired by the time this creditor can exercise his rights to the collateral.

No other or additional relief is granted by the court.

Dated: March 16, 2010

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court