FILED
April 28, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002591791

**2**

L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 10-20002-E-13L |
| | ) | DCN: NLE-2 |
| | ) | |
| NANCY LOUISE BROWN, | ) | TRUSTEE'S MOTION TO DISMISS |
| | ) | CASE |
| | ) | |
| | ) | DATE:        JUNE 29, 2010 |
| | ) | TIME:        10:00 AM |
| | ) | JUDGE:       SARGIS |
| Debtor(s) | ) | COURTROOM:  33 |

LAWRENCE J. LOHEIT, STANDING CHAPTER 13 TRUSTEE, hereby moves the

Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c) as:

**The Debtor is causing unreasonable delay that is prejudicial to creditors. An order**

**denying the Motion to Confirmation of Plan was entered April 26, 2010 and the Debtor has**

**failed to file an amended plan and a Motion to Confirm it.**

1       **The Debtor must be current under all payments called for by any pending Plan,**

2 **Amended Plan or Modified Plan as of the date of the hearing on this motion or the case**

3 **may be dismissed.**

4

5

6

7       WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

8 Dated: APRIL 28, 2010                     _____/ S / Neil Enmark___

9                                     Neil Enmark, Attorney for Trustee